ANGELO RAVESI & another *vs.* BOSTON WATER AND SEWER COMMISSION. May 1, 1984. *Boston Water and Sewer Commission.*

The question decisive of this case is whether the defendant, Boston Water and Sewer Commission, is an "independent body politic and corporate" and thus by statutory definition not a "public employer" subject to the provisions of G. L. c. 258, as appearing in St. 1978, c. 512, § 15. We have decided that the defendant is such a body in *Kargman* v. *Boston Water and Sewer Commission, ante* 51 (1984).

*Judgment reversed.*

*Donald M. Lubin* for the plaintiffs.
*Harry T. Daniels* (*Robert W. Thuotte* with him) for the defendant.